RECEIVED
OCT 0 2 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT COURT

## LAFAYETTE - OPELOUSAS division

**DANIEL BARBER**

MAGISTRATE JUDGE    versus JUDGE

6:06-CV-1703    LO
**JUDGE DOHERTY**
**MAGISTRATE JUDGE HILL**

University of Louisiana
@Lafayette,
Visual Arts Dean
Brooks, Gordon H. II
Professor Lush, Jeff
et. at.

### COMPLAINT OF DAMAGES

COMES NOW, DANIEL BARBER a person of the full age of majority and a resident and domicilliary of Lafayette Parish, Louisiana who respectfully represents as follows:

**1.**
**This is an action for money damages brought pursuant to:**

(1) US Code Title 42 - Chapter 21 - Subchapter IV -Section 2000c-8

**2.**
Daniel Barber was not offered the same opportunity as other students in his Spring 2005 VIAR 348 class and therefore failed this class. He was not offered the same grading scale as others nor

was the appeal to his failing grade granted as other classmate appeals were. Daniel Barber's appeal process was handled in discriminatory manner as he was not offered the same opportunity as other class mates in the appealing process. This led to other class mates passing while Daniel Barber appeal was not granted.

### 3.

WHERFORE, plaintiff DANIEL BARBER prays after the lapse of all legal delays, that there by Judgment in favor of plaintiff and against the defendants, in an amount which is reasonable under the circumstances.

### 4.

FURTHER, plaintiff DANIEL BARBER requests that he be allowed to proceed in forma pauperis due to lack of means according to the attached affidavits of financial condition.

### 5.

FURTHER, plaintiff DANIEL BARBER requests a fair jury trial.

Respectfully submitted;

Daniel Barber
29 Morning Glory Square
Lafayette, LA 70507
Telephone:(337) 267-4551