UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **DANIEL BARBER** | **CIVIL ACTION NO.  6:06CV1703** |
| **VERSUS** | **JUDGE DOHERTY** |
| **UNIVERSITY OF LOUISIANA LAFAYETTE, ET AL** | **MAGISTRATE JUDGE HILL** |

## O R D E R

Plaintiff has been served more than ten (10) days ago with a Notice of Intent to Dismiss this case under **LR 41.3W** for the reason that service of the summons and complaint was not made within 120 days of the institution of this civil action and Plaintiff has failed to show good cause for this deficiency.  Accordingly

**IT IS ORDERED that this action be dismissed**.  This action may be reinstated within thirty (30) days for good cause shown.

THUS DONE  March 15, 2007.

PAMELA P. MITCHELL
STAFF ATTORNEY